## HITCH ET AL. v. CURRY.

[No. 12,785. Filed November 16, 1927.]

From Vanderburgh Probate Court; *Elmer Q. Lockyear*, Judge.

Action between Horace Hitch and others and Pierce Curry. From the judgment rendered, the former appeal. *Affirmed.* By the court in banc.

*Woodfin D. Robinson, William E. Stilwell* and *Henry Kister,* for appellants.

*John W. Spencer, James F. Ensle, John W. Spencer, Jr.* and *Nat. H. Youngblood,* for appellee.

PER CURIAM.—Judgment affirmed.
Dausman, J., absent.

## REDACRE ET AL. v. WITWER ET AL.

[No. 13,183. Filed November 17, 1927.]

From St. Joseph Circuit Court; *Samuel B. Pettengill,* Special Judge.

Action between Stephen O. Redacre and others and Elias S. Witwer and others. From the judgment rendered, the former appeal. *Affirmed.* By the court in banc.

*Rulison, Arnold, Carson & Judie, Sandie R. King, Allen R. Travis* and *L. L. Tascher,* for appellants.

*Seebirt, Oare & Omacht, Charles W. Bingham* and *Isaac Kane Parks,* for appellees.

PER CURIAM.—Judgment affirmed.
Dausman, J., absent.

## ALLSTOTT v. BARNETT.

[No. 12,938. Filed November 17, 1927.]

From Warrick Circuit Court; *Caleb J. Lindsey,* Judge.

Action between John H. Allstott and Ofa Barnett. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*R. W. Armstrong,* for appellant.
*W. E. Cox* and *E. W. Wood,* for appellee.

PER CURIAM.—Affirmed.